UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 APR -2 AM 8:22

| UNITED STATES OF AMERICA, | CASE NO. 12CR0417-IEG |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JUAN ANTONIO GONZALEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1326(a)and(b) - Deported Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 29, 2012

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE